FILED
AUG - 7 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY RAY DENNIS,<br><br>Defendant. | CR 13-106-BLG-SPW<br><br>ORDER |

Upon the Court's own Motion,

IT IS HEREBY ORDERED that the Competency Hearing presently set for Wednesday, August 9, 2017 at 1:30 p.m. is **VACATED** and RESET for **Wednesday, August 9, 2017 at 10:30 a.m.** in the Snowy Mountains Courtroom of the James F. Battin U.S. Courthouse. Defendant shall appear via video.

The clerk is directed forthwith to notify counsel and IT personnel of the entry of this Order.

DATED this 7th day of August, 2017.

SUSAN P. WATTERS
United States District Judge

1