**FILED**

AUG 2 1 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY RAY DENNIS,<br><br>Defendant. | CR 13-106-BLG-SPW<br><br>AMENDED ORDER<br>FOR STATUS REPORT |

On August 9, 2017 the Court conducted a hearing pursuant to 18 U.S.C. § 4241(d)(2)(A). The court finds by a preponderance of the evidence that there is a substantial probability that within an additional period of time the Defendant will attain the capacity to permit the proceedings to go forward. Therefore,

**IT IS HEREBY ORDERED** that the Defendant shall remain at the Federal Medical Center in Butner, North Carolina for a period not to exceed four months beginning as of July 1, 2017.

**IT IS FURTHER ORDERED** that a status report as to the Defendant's competency shall be provided to the Court and counsel within forty-five (45) days of the date of this Order.

1

DATED this 21st day of August, 2017.

                                           */s/ Susan P. Watters*
                                           SUSAN P. WATTERS
                                           United States District Judge