IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
JAN 0 8 2018
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 13-106-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CODY RAY DENNIS, | |
| Defendant. | |

On January 5, 2018, the Court conducted a hearing pursuant to 18 U.S.C. § 4241(d)(2)(a). For the reasons stated on the record, the Court finds the Defendant incompetent to proceed at this time. For good cause shown,

IT IS HEREBY ORDERED that the indictment is DISMISSED without prejudice.

DATED this 8th day of January, 2018.

SUSAN P. WATTERS
United States District Judge

1